```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD CANFIELD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's motion to extend deadline, filing no. 32, is granted and the deadline to file its brief in opposition to the pending motion to suppress is extended to April 17, 2009.

2. The suppression hearing is continued from April 16 to May 20, 2009 at 1:30 p.m.

DATED this 2nd day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge