IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3005-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICHARD CANFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel,

IT IS ORDERED that Defendant Canfield's sentencing is continued to Friday, February 26, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 28, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge